IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-cr-40062-JPG |
| ) | |
| DAVID K. HOLIFIELD, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on defendant David K. Holifield's motion for a reduction of sentence (Doc. 248). He asks the Court to direct the United States Bureau of Prisons to give him credit towards his sentence in this case for time he spent in pretrial detention. He is currently incarcerated in Wisconsin. The Court lacks jurisdiction to grant such a request in this criminal proceeding. A petition under 28 U.S.C. § 2241 is the proper way to challenge the execution of a federal sentence, including challenges to sentence calculations. *See Walker v. O'Brien*, 216 F.3d 626, 629 (7th Cir. 2000). Such a petition must be filed in the jurisdiction where the petitioner is incarcerated when the petition is filed. 28 U.S.C. § 2241(d). Accordingly, the Court **DISMISSES** Holifield's motion (Doc. 248), but **DIRECTS** the Clerk of Court to send him a form for filing a § 2241 petition, which may assist him in filing a petition in the jurisdiction of his incarceration.

**IT IS SO ORDERED.**
**DATED:  April 1, 2014**

                                                    s/J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**